**Order entered January 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00447-CV

### COMPASS BANK, Appellant

### V.

### STEPHEN L. GOODMAN, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-02082-B**

## ORDER

Before the Court is Stephen L. Goodman's January 23, 2014 "Unopposed Motion to Extend Time to File Motion for En Banc Reconsideration." We **GRANT** the motion. Goodman shall file any Motion for En Banc Reconsideration by February 21, 2014.

/s/     ROBERT M. FILLMORE
          JUSTICE